[Nos. 23648-0-III; 24128-3-III. Division Three. September 11, 2007.]

INTERNATIONAL SLEEP INSTITUTE OF WASHINGTON, INC., *Respondent*, v. INTERNATIONAL SLEEP, INC., ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Benton County, No. 03-2-01605-2, Cameron Mitchell, J., entered November 18, 2004 and May 11, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Stephens, J., and Sanders, J. Pro Tem.

[No. 25179-9-III. Division Three. September 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY LEE LOSH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-03553-7, Robert D. Austin, J., entered April 11 and May 8, 2006. *Reversed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 25445-3-III. Division Three. September 11, 2007.]

JAMES MCFARLING, *Appellant*, v. CRYSTAL EVANESKI ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-05191-9, Neal Q. Rielly, J., entered March 10, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Stephens, JJ. Now published at 141 Wn. App. 400.

[No. 25002-4-III. Division Three. September 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. B.N.Z., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 05-8-00472-8, Kenneth L. Jorgensen, J., entered March 24, 2006. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.